MICHELE BECKWITH
Acting United States Attorney
CODY S. CHAPPLE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**
Mar 04, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>ADY PEREZ,<br><br>                    Defendant. | CASE NO. 1:25-MJ-00017-BAM<br><br>**ORDER TO REDACT INFORMATION CONTAINED IN COMPLAINT AND UNSEAL** |

Upon Application of the United States of America, and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, that the complaint and arrest warrants shall be redacted as to:

1. Telephone numbers, addresses, and an uninvolved third-party name;

2. Sensative information involving a DEA confidential source.

It is further ORDERED that the redacted complaint and arrest warrants be UNSEALED.

Dated:   3/3/25

*B. McAuliffe*
The Honorable Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

1