MICHELE BECKWITH
Acting United States Attorney
CODY S. CHAPPLE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>ADY PEREZ,<br><br>          Defendant. | CASE NO. 1:25-MJ-00017-BAM<br><br>**STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME; AND ORDER**<br><br>DATE: March 18, 2025<br>TIME: 2:00 p.m. |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney CODY S. CHAPPLE, and defendant Ady Perez, both individually and by and through his counsel of record, Eric Hans Schweitzer, hereby stipulate as follows:

1. The Complaint in this case was filed on February 28, 2025, under seal and defendant first appeared before a judicial officer of the Court in which the charges in this case were pending on March 4, 2025. The court set a preliminary hearing date of March 18, 2025.

2. By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to April 1, 2025, at 2:00 p.m., pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, to fully consider a pre-trial resolution of the case, and for the government's continuing investigation of the case. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §

3161(h)(7)(A).

    3.    The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between March 18, 2025, and April 1, 2025, be excluded pursuant to Fed. R. Crim. P. 5.1 and 18 U.S.C. § 3161(h)(7)(B)(iv).

    IT IS SO STIPULATED.

Dated: March 10, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ CODY S. CHAPPLE
CODY S. CHAPPLE
Assistant United States Attorney

Dated: March 10, 2025

/s/ ERIC HANS SCHWEITZER
ERIC HANS SCHWEITZER
Counsel for Defendant
ADY PEREZ

STIPULATION

2

**ORDER**

The Court has read and considered the parties' stipulation to continue the preliminary hearing and exclude time. The Court finds there is good cause for the continuance so as to allow the defendant reasonable time for preparation, fully consider a pre-trial resolution of the case, and for the government's continuing investigation of the case. The Court also finds that the interests of justice served by granting the continuance outweigh the interests of the public and the defendant in a speedy trial.

Therefore, for good cause shown:

1. The preliminary hearing set on March 18, 2025, is continued to **April 1, 2025, at 2:00 p.m. before Magistrate Judge Sheila K. Oberto.**

2. The period from March 18, 2025, through April 1, 2025, shall be excluded pursuant to Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   **March 11, 2025**          /s/ *Barbara A. McAuliffe*
                                                 UNITED STATES MAGISTRATE JUDGE