1 | MICHELE BECKWITH
Acting United States Attorney
2 | CODY S. CHAPPLE
Assistant United States Attorneys
3 | 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 | Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:25-CR-00056-JLT-SKO |
|---|---|
| Plaintiff, | |
| v. | |
| ADY PEREZ, | **STIPULATION TO SET CHANGE OF PLEA HEARING AND WAIVE PRELIMINARY HEARING; ORDER** |
| Defendant. | |

The parties stipulate as follows:

1.      A Complaint was filed in this case on February 28, 2025, under seal and defendant had his initial appearance on March 4, 2025. The court set a preliminary hearing date of March 18, 2025. A status conference is set for February 26, 2025, and time has been excluded to that date.

2.      On March 11, 2025, the court continued the preliminary hearing to April 7, 2025, and excluded time to file an information or indictment, by stipulation of the parties. On March 13, 2025, the defendant was ordered released on pre-trial conditions. Now, the parties agree to set a change of plea hearing on March 10, 2025, and to vacate the February 26, 2025, status conference. The parties cleared this date with the district court.

3.      On March 20, 2025, the parties entered into a plea agreement. On March 21, 2025, the

1

government filed an information charging the defendant with count one, violation of 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Over 40 Grams of Fentanyl. [ECF 19.] The parties also filed an executed plea agreement. [ECF 20.]

4. Now, the parties agree to set a change of plea hearing on May 19, 2025, and to vacate the April 1, 2025, preliminary hearing. The parties cleared this date with the district court. The defendant intends to sign a waiver of indictment in open court at the change of plea hearing, pursuant to Rule 7(b).

5. The defendant agrees to waive the preliminary hearing on April 1, 2025, pursuant to Rule 5.1(a)(1).

6. The parties also agree that the interests of justice served by excluding time to the change of plea hearing outweigh the best interests of the public and the defendant in a speedy trial. The parties also agree that the period from April 1, 2025, through May 19, 2025, should be excluded to further provide defendant with reasonable time necessary for effective preparation, so that the defendant can review the discovery, and to consider a pre-trial resolution of the case. Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO STIPULATED.

Dated: March 24, 2025         MICHELE BECKWITH
                              Acting United States Attorney

                              */s/ Cody Chapple*
                              Cody S. Chapple
                              Assistant United States Attorney

Dated: March 24, 2025         */s/ ERIC HANS SCHWEITZER*
                              ERIC HANS SCHWEITZER
                              Counsel for Defendant
                              ADY PEREZ

2

**ORDER**

The Court has read and considered the parties' stipulation to vacate the preliminary hearing, set a change of plea hearing, and exclude time. The Court also finds that the interests of justice served by excluding time outweigh the interests of the public and the defendant in a speedy trial. Therefore:

1. The preliminary hearing set for April 1, 2025, is **vacated**;
2. A Change of Plea Hearing will be set on **May 19, 2025, at 9:00 am before District Judge Jennifer L. Thurston.**
3. The period from April 1, 2025, through May 19, 2025, shall be excluded pursuant to Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   **March 25, 2025**

STANLEY A. BOONE
United States Magistrate Judge